1831.

IN THE MAT-
TER OF ANN
AND EMMA
BYRNE.

In the matter of ANN and EMMA BYRNE, infants, &c.

A guardian of poor infants must be first appointed to defend a suit, before any application can be made to the court for the purpose of their suing as paupers.

Mr. *Mulock* had entered an order, referring it to a master to report as to the propriety of the above infants defending, as poor persons; and he now, upon the report, asked for an order that they might so defend.

*July, 1831.*

*Practice.*
*Pauper.*

THE VICE-CHANCELLOR considered the first application ought to be for a guardian *ad litem*; and declined making any order, in relation to the infants suing as poor persons, until such guardian was before the court.

BARNES and others *vs.* GREENZEBACH and others.

A testator directed the remainder of his personal estate to be divided into six equal parts, and bequeathed it as follows: to his step-daughter M. one share; to his daughter S. one share; to the children of his daughter E. one share; to the children of his daughter M. one share; to the children of his daughter B, one share, and to the children of his son J. one share. But if his said children or his said step-daughter should die without issue, the share of the party dying was to be equally divided between the survivors of his children or grand-children. The daughter B. died without issue. The step-daughter